UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND.

James J. Silva                CASE # 04-170-S

V.

Rhode Island Family Court,
et al.

# Notice Of Appeal.

Now comes The Petitioner and hereby notifies This Honorable U.S. District Court That he vehemently objects to Judge William E. Smith's May 27th 2005 Order/Judgement in a Civil Case, recieved by Petitioner on June 4th 2005.

To The best of This Petitioner's Knowledge This action did not go to Trial nor was a hearing held as The Order and Judgement allege.

Please forward This entire case file to The Court of Appeals for The First Circuit in Boston.

Dated June 4th 2005.

Respectfully
Submitted,

James J. Silva - 66350
FSC. F-207- Bottom
PO. Box 8249
Cranston, RI 02920

James J Silva.

"Certification"

I do hereby certify That on This The 4th day of June 2005, I did mail a hand written verbatim copy of This notice of Appeal To The Office Of The Attorney General at 150 South Main St, Providence, RI 02903

James J Silva