Originals To Court

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND.

[redacted]

_______________, [redacted]

COURT

Jame J. Silva

_______________, Plaintiff )
)
v. )
)
A.T. Wall, , Defendant )
eT al.

Case No.: 04-170-S

MOTION FOR INDIGENT TRANSCRIPT

Now comes the defendant in the above entitled action and moves this Honorable Court for a free transcript of the proceedings in this matter. The defendant states that he is currently incarcerated at the Adult Correctional Institution, in Cranston, Rhode Island, and as such, he is indigent and cannot afford the costs associated with the transcripts. The defendant states that he will use said transcripts in his appeal, post-conviction relief or other habeas corpus action that he is currently pursing in an appropriate court of law. The defendant states that he is in need of the transcripts of the hearings that appear on the attached Order for Transcripts.

Wherefore, the defendant prays that this Honorable Court grant the relief sought herein this Motion and attached Order.

Dated: August 1st 2005

Respectfully submitted,
James J Silva
ISC-F-207-B Pro Se
P.O. Box 8249
Cranston, RI 02920