Case 1:04-cv-00170-S Document 67-1 Filed 09/07/2005 Page 1 of 1

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Robert R. Henry
Chief Deputy

September 7, 2005

COA # 05-1891

RECEIVED
SEP 09 2005
DONNA BARCHARD

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

**Re: Silva v. RI Family Court, C.A. No. 04-170S**

Dear Mr. Donovan:

Enclosed please find Supplemental Record on Appeal, together with a certified copy of the docket in the above matter.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Enclosure: Order denying Motion for Certificate of Appealability (#66)
Certified Docket

One Exchange Terrace • 119 Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 528-5100 • Fax: (401) 528-5112

67