MANDATE

04-00170
US DC/RI
Smith, J

# United States Court of Appeals
## For the First Circuit

No. 05-1891

JAMES J. SILVA,

Petitioner, Appellant,

v.

A.T. WALL, ET AL.,

Respondents, Appellees.

Before

Torruella, Selya, and Lipez, Circuit Judges.

**JUDGMENT**
**Entered: December 29, 2005**

Petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253. Therefore, the request for a certificate of appealability is denied.

Appellant's request for appointment of counsel, and the other request for relief made in his filing dated November 16, 2005, are also denied.

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:____________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

LH
Deputy Clerk

Date: 1/20/06

[cc: James J. Silva, Aaron L. Weisman, AAG, James R. Lee, Esq.]